No. 84–902. WARDAIR CANADA INC. *v.* FLORIDA DEPARTMENT OF REVENUE. Sup. Ct. Fla. [Probable jurisdiction noted,

*ante*, p. 943.] Motion of appellant to dispense with printing the joint appendix granted.